1  Rosemary T. McGuire, Esq.   Bar No. 172549
   THE LAW FIRM OF
2  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
3  1630 East Shaw Avenue, Suite 176
   Fresno, California  93710
4
   Telephone: (559) 221-5256
5  Facsimile:  (559) 221-5262

6  Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT

7

8                 IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 KENNETH RODRIGUEZ, individually and   )   CASE NO.  CIV-F-03-6444 REC SMS
   as Administrator of the Estate of Lydia  )
12 Tammy Rodriguez,                      )
                                          )
13           Plaintiff,                   )
                                          )
14      vs.                               )   JUDGMENT OF DISMISSAL
                                          )
15 CITY OF FRESNO and FRESNO POLICE       )
   DEPARTMENT, and Does 1-50, inclusive,  )
16                                        )
             Defendants.                  )
17 _____)

18

19      Pursuant to Federal Rule of Civil procedure, Rule 41(a) the parties hereby stipulate that

20 this action be dismissed in its entirety, with prejudice.  The parties will bear their respective

21 costs and attorney's fees.

22

23 DATED: May 11, 2005

24                                          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

25

26                                          By:     /s/ Rosemary T. McGuire
                                                   Rosemary T. McGuire
27                                                 Attorney for Defendants City of Fresno
                                                   and Fresno Police Department
28

Dismissal

1   DATED: May 11, 2005

2

3                                         By:      /s/ Kenneth Rodriguez
                                                Kenneth Rodriguez, in pro per
4

5   **IT IS SO ORDERED**.

6   DATED: May 11, 2005                          /s/ ROBERT E. COYLE
                                                Robert E. Coyle
7                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
Dismissal                                 2